UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL WEISSE,<br><br>    Petitioner,<br><br>    v.<br><br>JOHN MARSHALL,<br><br>    Respondent.<br>_____ | Case No. CV 06-1735 JSL(JC)<br><br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

      Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition") and accompanying documents, the parties' submissions in connection with respondent's Notice of Petitioner's Release to Parole and Request That the Petition Be Denied as Moot, and all of the records herein, including the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the United States Magistrate Judge's Report and Recommendation, except footnote 7 on page 8.

      IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action as moot.

///

///

IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the United States Magistrate Judge's Report and Recommendation, and the Judgment herein on counsel for petitioner and respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: _March 29, 2011



_____
HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL WEISSE, | ) Case No. CV 06-1735 JSL(JC) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| JOHN MARSHALL, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied, and this action is dismissed as moot.

DATED: _____

_____
HONORABLE J. SPENCER LETTS
SENIOR UNITED STATES DISTRICT JUDGE