# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUSSELL WEISSE, ) | CV 06-1735 JSL (JC) |
|     Petitioner, ) | |
| v. ) | JUDGMENT |
| JOHN MARSHALL, Warden, ) | |
|     Respondent. ) | |

IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: March 29, 2011

_____
J. Spencer Letts
United States District Judge